B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida
### Tampa Division

In re  Optima HVAC, LLC                               ,    Case No. _____

                        Debtor                             Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Agency for Workforce Innovation<br>107 E. Madison St.<br>Caldwell Building<br>Tallahassee, FL 32399 | | | DISPUTED | $47,175.00 |
| International Comfort Products, LLC<br>650 Heil-Quaker Avenue<br>Lewisburg, TN 37091 | | | DISPUTED | $1,352,265.37 |
| Merrill Lynch<br>Business Financial Svs.<br>222 N. LaSalle St,<br>17th Floor<br>Chicago, IL 60601 | | | | $688,853.96 |
| Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 | | | | $25,000.00 |
| Honeywell International<br>12623 Collections Center<br>Chicago, IL 60693 | | | | $19,139.66 |
| Ultravation, Inc.<br>P.O. Box 165<br>312 Ideal Way<br>Poultney, VT 05764 | | | | $12,524.22 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Optima HVAC, LLC                                  ,   Case No. _____

    Debtor                                                   Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PRO1 1AQ<br>2626 W. College Rd.<br>Springfield, MO 65802 | | | | $11,628.60 |
| First Equity Card Cop.<br>P.O. Box 23029<br>Columbus, GA 31902 | | | | $11,000.00 |
| Weitron, inc.<br>579 Blue Ball Rd.<br>Elkton, MD 21921 | | | | $10,960.00 |
| Diversitech Corporation<br>P.O. Box 934134<br>Atlanta, Ga 31193-4134 | | | | $10,023.62 |
| Owens Corning<br>Dept. at 40142<br>Atlanta, FA 31192-0142 | | | | $9,692.00 |
| Grille Tech, Inc.<br>5101 NW 36th Ave.<br>Miami, FL 33142 | | | | $8,259.16 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Optima HVAC, LLC                        ,   Case No. _____

                    Debtor                          Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Warren Technology<br>2050 W 73 Street<br>Hialeah, FL 33016 | | | | $8,157.50 |
| ATCO Rubber Products Inc<br>P.O. Box 843722<br>Dallas, TX 75284-3722 | | | | $8,131.25 |
| SC Ningbo International<br>21 Jiangxia Str<br>Nigbo, CH 315000 | | | | $7,947.00 |
| Snap Rite Mfr., Inc.<br>232 N. Ida<br>P.O. Box 1326<br>Coats, NC 27521 | | | | $7,892.14 |
| Air Distributors, Inc.<br>dba The Metal Shop<br>2541 W. Dunnellon Road<br>Dunnellon, FL 34434 | | | | $7,250.55 |
| Smart Electric<br>12201 NW 107 Ave.<br>Medley, FL 33178 | | | | $5,541.41 |

B4 (Official Form 4) (12/07)4 -Cont.

In re Optima HVAC, LLC , Case No _____
　　　　　　　Debtor　　　　　　　　　　　　Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Filtration Manufacturing, Inc<br>47 J. Faris Drive<br>Andalusia, AL 36421 | | | | $5,331.64 |
| Shurtape Technologies<br>1506 Highland Ave NE<br>P.O. Box 1503<br>Hickory, NC 28603 | | | | $4,726.80 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Steven Ross Jensen, Managing Partner of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12-21-09　　　　　　Signature: _____

Steven Ross Jensen, Managing Partner
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.