UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC,  CASE NO. 8:09-bk-28980-CED
 Chapter 11

     Debtor.
_____/

**DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY**

     OPTIMA HVAC, LLC, by its undersigned counsel, hereby files its Case Management Summary pursuant to the Administrative Order Establishing Initial Procedures in Chapter 11 Cases dated January 31, 2005, and states:

I.     Description of Debtor's Business

     The Debtor is an HVAC distributor.

II.     Location of Debtor's Operations and Ownership Status

     The Debtor's principal place of business is located at 6041 Siesta Lane, Port Richey, Pasco County, Florida. The Debtor has operations in Port Richey, Tampa and Orlando.

     The Debtor's member is Azaria Management Group, LLC.

III.     Reasons for Filing Chapter 11

     The Debtor's business has been adversely impacted by the overall economy, particularly the decline in the construction industry. The Debtor's business must be reorganized to survive. Moreover, certain creditors recently took action which required the filing to protect the Debtor's remaining assets.

IV.     List of Officers and Directors, Salaries and Benefits

Steven R. Jensen is the manager of the Debtor. His pre-petition salary for 2009 was $127,000 annually.

V.      Debtor's Annual Gross Revenues

For the year ended 2009, annual gross revenues were $3.25 million.

VI.     Amounts Owed to Various Classes of Creditors

A.  Obligations owed to priority creditors such as governmental creditors for taxes.

1.  The Florida Department of Revenue has asserted a sales tax claim as a result of an audit in the amount of approximately $25,000.

B.  Identity, collateral, and amounts owed to secured creditors.

The Debtor does not believe that there are any valid, perfected liens against its assets. There is a recently filed UCC financing statement filed by Merrill Lynch Commercial Finance Corp. that is preferential. The Debtor will be filing an adversary proceeding to formally avoid the preferential lien.

C.  Amount of unsecured claims.

Approximately $2 million (non-insider).

VII.    General Description and Approximate Value of the Debtor's Current and Fixed Assets

Per the Debtor's unaudited internal financial statements, the Debtor has receivables of approximately $155,000, inventory of approximately $800,000, and depreciable property/equipment of approximately $43,000.

VIII. <u>Number of Employees and Amounts of Wages Owed as of Petition Date</u>

The Debtor has approximately 12 regular employees. No wages are owed as of the petition date as the Debtor made payroll on Friday, December 18, 2009.

IX. <u>Status of Debtor's Payroll and Sales Tax Obligations</u>

Current (except of sales tax audit).

X. <u>Anticipated Relief to be Requested within 14 Days</u>

1. Application to employ counsel.
2. Application to pay officer's salary.

    __/s/ Michael C. Markham_____
Michael C. Markham
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727) 461-1818
(727) 443-6548
FBN: 0768560
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served either electronically or by regular U.S. Mail upon the U.S. TRUSTEE, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602 this 23rd day of December, 2009.

    _/s/ Michael C. Markham_____
Michael C. Markham

511847