### United States Bankruptcy Court
### Middle District of Florida
### Tampa Division

In re **Optima HVAC, LLC** _____  Case No. __8:09-bk-28980-CED__
                                    Debtor

Chapter ___11___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 914,368.98 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 37,980.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $ 5,108,793.62 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 26 | $ 914,368.98 | $ 5,146,774.21 | |

In re:  **Optima HVAC, LLC**                                    Case No.  8:09-bk-28980-CED
                                                                           (If known)
                            Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | Total ➢ 0.00 | |

(Report also on Summary of Schedules.)

In re __Optima HVAC, LLC_____     Case No. __8:09-bk-28980-CED__
                                    Debtor                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Petty Cash OPTIMA HVAC 2111 S. Div. Ave., #B Orlando, FL 32805 | | 200.00 |
| Cash on hand | | Petty Cash OPTIMA HVAC 6041 Siesta Lane Port Richey, FL 34688 | | 200.00 |
| Cash on hand | | Petty Cash OPTIMA HVAC 6404 E. Columbus Dr. Tampa, FL 33619 | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Regions Bank as of 12/21/09 Acct ending in 9972 | | 44,451.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit on Inventory not received paid to ICP 21630 Network Place Chicago, IL 60673 | | 11,481.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit paid to Division Avenue, LLC for Orlando location | | 3,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  **Optima HVAC, LLC**                                              Case No. <u>8:09-bk-28980-CED</u>
                          Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade Accounts Receivable** | | 51,423.98 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Sales tax credit for 2009 - Bad Debts written off in 2008. FLDOR - in process** | | 2,375.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against ICP for deposit funds. Misc Claims for receivables** | | 11,481.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 FL60 Freightliner** Port Richey location | | Unknown |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Freightliner** Orlando location | | Unknown |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 International Box Truck** Tampa location | | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

In re  **Optima HVAC, LLC** _____    Case No. __8:09-bk-28980-CED__
                          Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Alarm System <br> Port Richey location | | Unknown |
| Office equipment, furnishings, and supplies. | | Alarm System Addition <br> Port Richey location | | Unknown |
| Office equipment, furnishings, and supplies. | | Counter Computer Equipment <br> Port Richey location | | Unknown |
| Office equipment, furnishings, and supplies. | | Furniture (Warehouse/Showroom Shelving)   Tampa location | | Unknown |
| Office equipment, furnishings, and supplies. | | Warehouse Racks & Shelves.  Orlando location | | Unknown |
| 29. Machinery, fixtures, equipment and supplies used in business. | | 3 Forklifts - one <br> located in Tampa,, one in  Port Richey & one in Orlando | | Unknown |
| Machinery, fixtures, equipment and supplies used in business. | | Battery <br> Port Richey location | | Unknown |
| Machinery, fixtures, equipment and supplies used in business. | | Equipment (Forklift Battery Charger).  Tampa location | | Unknown |
| Machinery, fixtures, equipment and supplies used in business. | | Equipment (Forklift Battery).  Tampa location | | Unknown |
| Machinery, fixtures, equipment and supplies used in business. | | Forklift Battery <br> Orlando location | | Unknown |
| Machinery, fixtures, equipment and supplies used in business. | | Glassmaster Grooving Machine.  Port Richey location | | Unknown |
| Machinery, fixtures, equipment and supplies used in business. | | Rotobrush Machine <br> Port Richey location | | Unknown |
| Machinery, fixtures, equipment and supplies used in business. | | Tom's Forklift <br> Orlando location | | Unknown |
| 30. Inventory. | | Inventory  - Orlando location | | 234,654.00 |
| Inventory. | | Inventory - Port Richey location | | 228,595.00 |
| Inventory. | | Inventory - Tampa location | | 326,308.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

In re  Optima HVAC, LLC _____

                           Debtor

                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|

__3__  continuation sheets attached          Total  ➤          **$ 914,368.98**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Optima HVAC, LLC**                                              Case No.   **8:09-bk-28980-CED**
                                    Debtor                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE | | | | | |

<u>0</u>    continuation sheets attached

|  | Subtotal ➢ (Total of this page) | $                    0.00 | $                    0.00 |
|---|---|---|---|
|  | Total ➢ (Use only on last page) | $                    0.00 | $                    0.00 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re    Optima HVAC, LLC                                    Case No.    8:09-bk-28980-CED
                    Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>  continuation sheets attached

In re  Optima HVAC, LLC
_____
Debtor

Case No.  8:09-bk-28980-CED
_____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jim Egan<br>13019 Sirius Ln<br>Hudson, FL 34667 | | | Unpaid compensation | X | | | 12,980.59 | 10,000.00 | $2,980.59 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals►<br>(Totals of this page) | $ 12,980.59 | $ 10,000.00 | $ 2,980.59 |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re    Optima HVAC, LLC _____    Case No.    8:09-bk-28980-CED
                                                                                    (If known)
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City of Orlando<br>Permitting Services Div<br>400 S. Orange Ave<br>First Floor<br>Orlando, FL 32802 | | | | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314 | | | Sales Tax Audit | X | X | X | 25,000.00 | 0.00 | $25,000.00 |
| ACCOUNT NO.<br>Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 | | | | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>IRS<br>U.S. Dept. of Justice<br>P.O. Box 14198<br>Washington, DC 20044 | | | | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>Pasco County Tax Collector<br>P.O. Box 276<br>Dade City, FL 33526 | | | | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ 25,000.00 | $ 0.00 | $ 25,000.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 37,980.59 | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 10,000.00 | $ 27,980.59 |

In re  Optima HVAC, LLC                                    Case No.  8:09-bk-28980-CED
                          Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A/C Guard<br>4128 Mercy Industrial<br>Orlando, FL 32808 | | | | | | | 547.00 |
| ACCOUNT NO.<br><br>Agency for Workforce Innovation<br>107 E. Madison St.<br>Caldwell Building<br>Tallahassee, FL  32399 | | | | | | X | 47,175.00 |
| ACCOUNT NO.<br><br>Air Distributors, Inc.<br>dba The Metal Shop<br>2541 W. Dunnellon Road<br>Dunnellon, FL 34434<br><br>Joseph Giambalvo, Esq<br>1012 Drew Street<br>Clearwater, FL 33755 | | | | | | | 7,250.55 |
| ACCOUNT NO.<br>Air Filters, Inc. (4 Seasons)<br>8282  Warren Road<br>Houston, TX 77040 | | | | | | | 3,442.98 |

14   Continuation sheets attached

Subtotal  >  $                58,415.53

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Optima HVAC, LLC</u>                                    Case No. <u>8:09-bk-28980-CED</u>
                      Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ATCO Rubber Products Inc <br> P.O. Box 843722 <br> Dallas, TX 75284-3722 | | | | | | | 8,131.25 |
| ACCOUNT NO. <br><br> Atlanta Supply Company <br> 1333 Logan Circle NW <br> Atlanta, GA 30318 | | | | | | | 93.33 |
| ACCOUNT NO. <br><br> Atlantic Chemical <br> P.O. Box 19697 <br> Station N <br> Atlanta, GA 30325 | | | | | | | 558.14 |
| ACCOUNT NO. <br><br> Atlantic Chemical & Equipment <br> 3471 Atlanta Industrial <br> Ste. 200 <br> Atlanta, GA 30331 | | | | | | | 1,197.71 |
| ACCOUNT NO. <br><br> Axon Technologies, Inc <br> 6041 Siesta Lane <br> Port Richey, FL 34668 | | | | | | | 78,595.00 |

Sheet no. <u>1</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                88,575.43

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Optima HVAC, LLC</u>
                       Debtor

Case No. <u>8:09-bk-28980-CED</u>
          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Azaria Management Group, LLC<br>6041 Siesta Lane<br>Port Richey, FL 34668 | | | | | | | 1,793,194.00 |
| ACCOUNT NO.<br><br>Bank of America<br>P.O. Box 15731<br>Wilmington, DE 19886 | | | | | | X | 25,000.00 |
| ACCOUNT NO.<br><br>Braeburn Systems, LLC<br>8006 Solutions Center<br>Chicago, IL 60677-8000 | | | | | | | 868.82 |
| ACCOUNT NO.<br><br>Carlisle Coatings and Waterproofing<br>22723 Network Place<br>Chicago, IL 60673-1227 | | | | | | | 2,988.00 |
| ACCOUNT NO.<br><br>Chase Visa<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886 | | | | | | X | 26,600.00 |

Sheet no. <u>2</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     1,848,650.82

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Optima HVAC, LLC _____     Case No. 8:09-bk-28980-CED
                        Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cliplight<br>961 Alness St.<br>Toronto, Ontario<br>Canada M3J2J1 | | | | | | | 1,198.44 |
| ACCOUNT NO.<br><br>Columbus Drive, LLC<br>6041 Siesta Lane<br>Port Richey, FL 34668 | | | | | | | 282,710.00 |
| ACCOUNT NO.<br><br>Department of Labor and Security<br>Hartman Bldg., Ste. 307<br>2012 Capital Circle SE<br>Tallahassee, FL 32399 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Diversitech Corporation<br>P.O. Box 934134<br>Atlanta, Ga 31193-4134 | | | | | | X | 10,023.62 |
| ACCOUNT NO.<br><br>Dust Free, Inc.<br>P.O. Box 519<br>Royse City, TX 75189 | | | | | | | 1,378.21 |

Sheet no. 3 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal $ 295,310.27

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Optima HVAC, LLC        Case No. <u>8:09-bk-28980-CED</u>
                      Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Field Controls, LLC <br> NW 5401 <br> P.O. Box 1450 <br> Minneapolis, MN 55485 | | | | | | | 4,032.00 |
| ACCOUNT NO. <br><br> Fieldpiece Instruments <br> 1900 D. Wright Circle <br> Anaheim, CA 92806 | | | | | | | 163.85 |
| ACCOUNT NO. <br><br> Filtration Manufacturing, Inc <br> 47 J. Faris Drive <br> Andalusia, AL 36421 | | | | | | | 5,331.64 |
| ACCOUNT NO. <br><br> First Equity Card Cop. <br> P.O. Box 23029 <br> Columbus, GA 31902 | | | | | | | 11,000.00 |
| ACCOUNT NO. <br><br> Florida Cooling Supply <br> 3122 Shader <br> Orlando, FL 32808 | | | | | | X | 3,985.15 |

Sheet no. <u>4</u> of <u>14</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 Subtotal    $ 24,512.64

                                                 Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Optima HVAC, LLC</u>                           Case No. <u>8:09-bk-28980-CED</u>
                               **Debtor**                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**GE Commercial Distribution Finance Corporation**<br>**P.O. Box 74677**<br>**Chicago, IL 60675-4677** | | | | | | X | 1,385.05 |
| ACCOUNT NO. <br><br>**Grille Tech, Inc.**<br>**5101 NW 36th Ave.**<br>**Miami, FL 33142**<br><br><br>**Bruce Alan Weil, Esq.**<br>**Boies, Schiller, et al**<br>**100 Southeast 2nd ST.**<br>**Ste. 2800**<br>**Miami, FL 33131** | | | | | | | 8,259.16 |
| ACCOUNT NO. <br><br>**Harris Products Group**<br>**P.O. Box 644241**<br>**Pittsburgh, PA15264-4241** | | | | | | | 4,319.10 |
| ACCOUNT NO. <br><br>**Honeywell International**<br>**12623 Collections Center**<br>**Chicago, IL 60693** | | | | | | | 19,139.66 |

Sheet no. <u>5</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          33,102.97

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Optima HVAC, LLC
                    Debtor

Case No.  8:09-bk-28980-CED
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ICM Controls<br>7313 William Barry Vlvd<br>North Syracuse, NY 13212 | | | | | | | 543.93 |
| ACCOUNT NO.<br><br>International Comfort<br>  Products, LLC<br>650 Heil-Quaker Avenue<br>Lewisburg, TN 37091<br><br>Richard Hermann, Esq.<br>Sedgwick, Detert, et al<br>2400 E. Commercial Blvd.<br>Ste. 1100<br>Ft. Lauderdale, FL 33380 | | | | | | X | 1,352,265.37 |
| ACCOUNT NO<br><br>Kavco Ind.<br>9 Hemingsford<br>Arlington, TX 76016 | | | | | | | 3,773.28 |
| ACCOUNT NO.<br><br>Lloyd Industries<br>5858 Broadway Ave.<br>Jacksonville, FL 32254 | | | | | | | 218.86 |

Sheet no.  6 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   1,356,801.44

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Optima HVAC, LLC _____  Case No.  8:09-bk-28980-CED _____
_____
                        **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lux Products Corporation <br> 6000 Commerce Pkwy <br> Ste. 1 <br> Mount Laurel, NJ 08054 | | | | | | | 850.00 |
| ACCOUNT NO. <br><br> Mainstream Engineering Corp <br> 200 Yellow Place <br> Rockledge, FL 32955-5327 | | | | | | | 1,583.88 |
| ACCOUNT NO <br><br> Malco Products, Inc. <br> SDS-12-2316 <br> P.O. Box 86 <br> Minneapolis, MN 55486 | | | | | | | 1,014.24 |
| ACCOUNT NO. <br><br> Mastercool <br> 1 Aspen Dr. <br> Randolph, NJ 07869 | | | | | | | 3,239.06 |
| ACCOUNT NO. <br><br> Merrill Lynch <br> Business Financial Svs. <br> 222 N. LaSalle St, <br> 17th Floor <br> Chicago, IL 60601 | X | | Line of Credit | | | X | 688,853.96 |

Sheet no. _7_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 695,541.14

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Optima HVAC, LLC</u>                                    Case No. <u>8:09-bk-28980-CED</u>
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Miami Tech, Inc.<br>3611 NW 74th St.<br>Miami, FL 33147<br><br><br>Bruce Alan Weil, Esq.<br>Boies, Schiller, et al<br>100 Southeast 2nd St.<br>Ste. 2800<br>Miami, FL 33131 | | | | | | | 2,702.65 |
| ACCOUNT NO.<br><br>Motors & Armatures<br>250 Rabro Drive East<br>Acct#36739<br>Hauppauge, NY 11788 | | | | | | | 2,382.68 |
| ACCOUNT NO.<br><br>Mueller Streamline Co<br>1774 Paysphere Circle<br>Chicago, IL 60674 | | | | | | | 1,068.02 |
| ACCOUNT NO.<br><br>NDL Industries, Inc.<br>266 SW Marine Dr.<br>Vancover, Canada V5X2R5 | | | | | | | 1,776.36 |

Sheet no. <u>8</u> of <u>14</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                                    7,929.71

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>Optima HVAC, LLC</u>

Case No. <u>8:09-bk-28980-CED</u>

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St.<br>Ste. 3200<br>Tampa, FL 33602 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Owens Corning<br>Dept. at 40142<br>Atlanta, FA 31192-0142 | | | | | | | 9,692.00 |
| ACCOUNT NO.<br><br>Packard, Inc.<br>980 Cobb Place Blvd.<br>Kennesaw, GA 30144 | | | | | | | 4,433.73 |
| ACCOUNT NO.<br><br>Pasco Hernando Jobs and Education Partnership Regional Board,Inc.<br>3185 Premier Dr.<br>Brooksville, FL 34604 | | | | | | X | 47,175.00 |
| ACCOUNT NO.<br><br>PRO1 1AQ<br>2626 W. College Rd.<br>Springfield, MO 65802 | | | | | | | 11,628.60 |

Sheet no. <u>9</u> of <u>14</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 72,929.33

Total ➤ $

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical<br>Summary of Certain Liabilities and Related Data.)

In re __Optima HVAC, LLC__ _____          Case No. __8:09-bk-28980-CED__
                        Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rectorseal <br> P.O. Box 973957 <br> Dallas, TX 75397-3957 | | | | | | | 1,320.00 |
| ACCOUNT NO. <br><br> Rectorseal <br> P.O. Box 973957 <br> Dallas, TX 75397-3957 | | | | | | | 1,800.00 |
| ACCOUNT NO. <br><br> Refco Manufacturing (US) Inc. <br> P.O. Box 565 <br> Lockport, NY 14095-0565 | | | | | | | 3,561.49 |
| ACCOUNT NO. <br><br> Regions Bank <br> P.O. Box 2224 <br> Birmingham, AL 35246 | | | | | | X | 35,000.00 |
| ACCOUNT NO. <br><br> Ritchie Engineering Company <br> 10950 Hampshire Avenue S <br> Bloomington, MN 55438 | | | | | | | 16.12 |

Sheet no. _10_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 41,697.61

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Optima HVAC, LLC
_____
                    Debtor

Case No.  8:09-bk-28980-CED
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SC Ningbo International c/o Sinochem American Holdings, Inc. 1330 Post Oak Blvd #2500 Houston, TX 77056 | | | | | | | 7,947.00 |
| ACCOUNT NO.<br><br>Sherer Manufacturing, Inc. 12475 44th St. N. Clearwater, FL 33762 | | | | | | | 1,978.50 |
| ACCOUNT NO.<br><br>Shurtape Technologies 1506 Highland Ave NE P.O. Box 1503 Hickory, NC 28603 | | | | | | | 4,726.80 |
| ACCOUNT NO.<br><br>Small Business Association P.O. Box 740192 Atlanta, GA 30374-0192 | | | | | | | 86,000.00 |
| ACCOUNT NO.<br><br>Smart Electric 12201 NW 107 Ave. Medley, FL 33178 | | | | | | | 5,541.41 |

Sheet no.  11  of  14  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        106,193.71

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Optima HVAC, LLC</u>                          Case No.  <u>8:09-bk-28980-CED</u>
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Snap Rite Mfr. Inc. 232 N. Ida P.O. Box 1326 Coats, NC 27521 | | | | | | | 2,842.89 |
| ACCOUNT NO.  Snap Rite Mfr., Inc. 232 N. Ida P.O. Box 1326 Coats, NC 27521 | | | | | | | 7,892.14 |
| ACCOUNT NO.  Spectronics Corp. 956  Brush Hollow Rd. Westbury, NY 11590 | | | | | | | 193.07 |
| ACCOUNT NO.  Spectrum Logistics Accounts Receivable 10550 Deerwood Park Blvd Jacksonville, FL 32256 | | | | | | | 685.00 |
| ACCOUNT NO.  Steve & Rita Jensen 6041 Siesta Lane Port Richey, FL 34668 | | | | | | X | 150,000.00 |

Sheet no.  <u>12</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    161,613.10

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Optima HVAC, LLC</u>                                      Case No. <u>8:09-bk-28980-CED</u>
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Superior Properties of Pasco, Inc. <br>6041 Siesta Lane <br>Port Richey,  FL 34668 | | | | | | | 159,438.00 |
| ACCOUNT NO <br><br>TMG Co., LLC <br>P.o. Box 6777 <br>Bryan, TX 77805 | | | | | | | 2,566.22 |
| ACCOUNT NO. <br><br>Ultravation, Inc. <br>P.O. Box 165 <br>312 Ideal Way <br>Poultney, VT 05764 <br><br>Receivable Mgmt Services <br>4836 Brecksville <br>Richfield <br>OH 44826 | | | | | | | 12,524.22 |
| ACCOUNT NO. <br><br>Uniweld Products, Inc. <br>P.O. Box 8427 <br>Fort Lauderdale FL 33310 | | | | | | | 526.60 |

Sheet no. <u>13</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  175,055.04

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Optima HVAC, LLC</u>                                    Case No. <u>8:09-bk-28980-CED</u>
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Verizon Wireless<br>  Bankruptcy Admin<br>P.O. Box 3397<br>Bloomington, IL 61702 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Warren Technology<br>2050 W 73 Street<br>Hialeah, FL 33016 | | | | | | | 8,157.50 |
| ACCOUNT NO.<br><br>Weitron, inc.<br>579  Blue Ball Rd.<br>Elkton, MD 21921 | | | | | | | 10,960.00 |
| ACCOUNT NO.<br><br>Wells Fargo<br>Payment Remittance Ctr<br>P.O. Box 6426<br>Carol Stream, IL 60197 | | | | | | X | 122,000.00 |
| ACCOUNT NO.<br><br>Zebra Instruments<br>4500 Williams Dr.<br>Ste. 212-422<br>Georgetown, TX 78633 | | | | | | X | 1,347.38 |

Sheet no. <u>14</u> of <u>14</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           142,464.88

Total ➤ $         5,108,793.62

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  Optima HVAC, LLC _____,    Case No.    8:09-bk-28980-CED
                        Debtor                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Columbus Drive, LLC<br>6041 Siesta Lane<br>Port Richey, FL 34668 | Lease |
| Division Avenue, LLC<br>P. O. Box 520014<br>Longwood, FL 32752 | Lease |
| Superior Properties of Pasco, Inc.<br>6041  Siesta Lane<br>Port Richey, FL 34668 | Lease |

In re: **Optima HVAC, LLC**                                    Case No. <u>8:09-bk-28980-CED</u>
_____                                    (If known)
                Debtor

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Azaria Management Group, LLC<br>6041 Siesta Lane<br>Port Richey, FL 34668 | Merrill Lynch<br>Business Financial Svs.<br>222 N. LaSalle St,<br>17th Floor<br>Chicago, IL 60601 |

In re  Optima HVAC, LLC _____

                    Debtor

Case No.  8:09-bk-28980-CED _____

                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I Steven Ross Jensen, the <u>Managing Partner</u> of the <u>Corporation</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  27 _____  sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date  *1 / 18 / 10* _____       Signature _____

                                   Steven Ross Jensen Managing Partner
                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S C §§ 152 and 3571*

In re: Optima HVAC, LLC                    Case No.  8:09-bk-28980-CED

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Azaria Management Group, LLC | | | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Steven Ross Jensen, Managing Partner of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  1/18/10

Steven Ross Jensen, Managing Partner
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.