IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                      Chapter 11
                          Case No. 8:09-bk-28980-CED

OPTIMA HVAC, LLC,

    Debtor.
_____)

**DISCLOSURE STATEMENT FOR**
**DEBTOR'S PLAN OF REORGANIZATION**

OPTIMA HVAC, LLC, Debtor of the within estate provides this Disclosure Statement for the Debtor's Plan of Reorganization in order to disclose that information deemed by it to be material, important and necessary for creditors and other interested parties to use in order to arrive at a reasonably informed decision in exercising the right to vote on the Plan of Reorganization presently filed with the Bankruptcy Court in this case.

Accompanying this Disclosure Statement after it has been conditionally approved by the Bankruptcy Court will be a notice from the Bankruptcy Court setting the date for the hearing on the acceptance of the Plan and the confirmation of the Plan. The notice will also provide for the last date by which acceptances or rejections of the Plan may be filed, as well as objections to confirmation. Creditors and interest holders may vote on the Plan by filling out and mailing the ballot which accompanies the approved Disclosure Statement. Ballots must be filed and received by counsel for the Debtor in accordance with the order

setting the time for the filing of ballots. As a creditor, your vote is important. The Plan can be confirmed by the Court if it is accepted by the holders of two-thirds in amount and more than one-half in number of the allowed claims of each class of creditors voting on the Plan. In the event the requisite acceptances are not obtained, the Court may, nevertheless, confirm the Plan if the Court finds the Plan accords fair and equitable treatment to any class rejecting it. Only classes of creditors whose rights are impaired by the Plan will be able to vote on the Plan. As set forth in this Disclosure Statement, certain classes of creditors remain unimpaired by the Plan, and thus do not vote on the Plan. Creditors and interest holders should consult this Disclosure Statement and the Plan if they fall within an impaired class, and thus would be entitled to vote on the Plan.

Approval of this Disclosure Statement by the Court does not constitute a recommendation by the Court as to the merits of the Plan. The approval only states that the Court has found that the Disclosure Statement provides the information necessary for creditors to use in order to arrive at a reasonably informed decision with respect to the Plan.

NO REPRESENTATIONS CONCERNING THE DEBTOR, PARTICULARLY AS TO THE LIQUIDATION VALUE OF THE BUSINESS OPERATIONS, VALUE OF PROPERTY OR THE VALUE OF ANY PROMISES TO BE MADE UNDER THE PLAN OTHER THAN THOSE SET FORTH IN THIS DISCLOSURE STATEMENT ARE AUTHORIZED BY THE DEBTOR. THE

ATTORNEY FOR THE DEBTOR MAKES NO REPRESENTATIONS OTHER THAN THAT THE INFORMATION CONTAINED IN THIS DISCLOSURE STATEMENT IS BELIEVED TO BE CORRECT AT THE TIME OF THE FILING OF THE DISCLOSURE STATEMENT. ANY REPRESENTATIONS OR INDUCEMENTS MADE TO SECURE THE VOTE FOR ACCEPTANCES OF CREDITORS WHICH ARE OTHER THAN AS CONTAINED IN THIS DISCLOSURE STATEMENT SHOULD NOT BE RELIED UPON BY CREDITORS IN ARRIVING AT A DECISION, AND ANY ADDITIONAL REPRESENTATIONS AND INDUCEMENTS SHOULD BE REPORTED TO THE ATTORNEY FOR THE DEBTOR WHO, IN TURN, SHALL DELIVER SUCH INFORMATION TO THE BANKRUPTCY COURT OR TO THE OFFICE OF THE U.S. TRUSTEE FOR SUCH ACTION AS MAY BE DEEMED APPROPRIATE.

The financial information contained in this Disclosure Statement and projections thereafter have not been subject to a certified audit. Every effort has been made to present accurate figures in this Disclosure Statement. Unless stated otherwise, the figures set forth herein are the Debtor's best estimate.

**ARTICLE I**
**General Historical Information on the Debtor**

The Debtor has been authorized to conduct business in Florida since November 2003. Steven R. Jensen has always acted as the Debtor's manager. Mr. Jensen's pre-petition salary for 2009 was $127,000 annually. The Debtor has approximately 12 regular employees. No wages were owed as of the petition date (December 21, 2009) as the Debtor made payroll on Friday, December 18, 2009. The Debtor was

current on all taxes, except an unliquidated sales tax claim resulting from an audit.

The Debtor is an HVAC distributor. The Debtor's principal place of business is located at 6041 Siesta Lane, Port Richey, Pasco County, Florida. The Debtor has operations in Port Richey, Tampa and Orlando. The Debtor's Port Richey location is owned by an affiliated entity, Superior Properties of Pasco, Inc. ("Superior"). The Debtor's Tampa location is owned by an affiliated entity, Columbus Drive, LLC ("Columbus"). The Debtor's Orlando location is owned by an unrelated third party.

For the year ended 2009, annual gross revenues were $3.25 million. Revenues for 2010 will be substantially less. During 2009, a dispute arose with the Debtor's primary inventory supplier and largest unsecured creditor, International Comfort Products, LLC ("ICP"). As a result, ICP stopped shipping inventory to the Debtor. The Debtor only recently obtained a new source for HVAC inventory.

The Debtor does not believe that there are any valid, perfected liens against its assets. Merrill Lynch Commercial Finance Corp. ("Merrill") filed a UCC financing statement against the Debtor in Florida in September 2009 that the Debtor asserts is preferential. The Debtor has filed an adversary proceeding to formally avoid Merrill's preferential lien.

## ARTICLE II
### Bankruptcy Filing

The Debtor filed Chapter 11 on December 21, 2009. The Debtor's business had been adversely impacted by the overall economy, particularly the decline in the construction industry. It was determined that the Debtor's business must be reorganized to survive. Additionally, certain creditors had taken action which required the filing to protect the Debtor's remaining assets.

The Bankruptcy Court authorized a post-petition to Mr. Jensen consistent with his pre-petition compensation and subject to typical restrictions on payment. The Debtor has not paid post-petition rent to its affiliated landlords, Superior ($8,278 per month) and Columbus ($14,678 per month), thereby rendering those parties unable to pay the mortgages on the real estate. Bank of America ("BofA") has first mortgages on the Tampa and Port Richey real estate and has filed foreclosure actions on each. The US Small Business Administration has second mortgages on the Tampa and Port Richey real estate and has been named in the foreclosure actions.

## ARTICLE III
### The Plan of Reorganization

Accompanying this Disclosure Statement is a copy of the Plan of Reorganization filed by the Debtor. The Plan should be read carefully as it constitutes the basis for

the modification of the Debtor's rights between the Debtor and its creditors, and if any questions as to interpretation should arise, the terms and conditions of the Plan prevail.

The Plan classifies creditors and equity into classes. The unclassified claimants and numbered classes are as follows:

ADMINISTRATIVE EXPENSES. Costs and expenses of administration as defined in the Code as provided in Section 507(a)(1) of the Code, applications for which are filed prior any applicable bar date, as the same are allowed, approved and ordered paid by the Court. Parties requesting administrative expense priority status should make appropriate application to the Court. The Debtor estimates claims in this class, after retainers, at $25,000.00, excluding any claims for administrative rent. If allowed consistent with the pre-petition monthly rent amounts (Superior - $8,278; Columbus - $14,678), accrued post-petition rent through April 2010 is approximately $91,824.

PRIORITY CLAIMS. Claims entitled to priority pursuant to Section 507(a) of the Code, as the same are allowed, approved or ordered paid by the Court, including priority tax claims. The State of Florida, Department of Revenue filed a proof of claim in the amount of $68,717.05. The Debtor scheduled the claim as disputed and anticipates objecting to the claim. No other priority claims have been filed.

Class 1A: The Allowed Claims of Merrill Lynch Commercial Finance Corp. ("Merrill") against the Debtor. Merrill filed a secured claim in the amount of $809,961.24. The Debtor has filed an adversary proceeding against Merrill to avoid their UCC lien as preferential. The adversary proceeding is pending and currently unresolved.

Class 1B: The Allowed Secured Claims of Bank of America ("BofA") against the Debtor's Tampa premises leased from Columbus Drive, LLC ("Columbus") located at 6400-4 E. Columbus Ave., Tampa, FL (the "Tampa Property"). BofA has a first mortgage on the Tampa Property in the original principal amount of $926,250 (currently estimated at $891,000). BofA filed a foreclosure action against Columbus and others in Hillsborough County Circuit Court in March 2010.

Class 1C: The Allowed Secured Claims of BofA against the Debtor's Port Richey premises leased from Superior Properties of Pasco, Inc. ("Superior") located at 6041 Siesta Lane, Port Richey, FL (the "Port Richey Property"). BofA has a first mortgage on the Port Richey Property in the original principal amount of $939,480.05 (currently estimated at $844,000). BofA filed a foreclosure action against Superior and others in Pasco County Circuit Court in March 2010.

Class 2A: The Allowed Secured Claims of the U.S. Small Business Administration ("SBA") against the Tampa Property. SBA has a second mortgage on the Tampa Property

in the approximate amount of $736,309. SBA was named in the BofA foreclosure action.

Class 2B: The Allowed Secured Claims of the SBA against the Port Richey Property. SBA has a second mortgage on the Port Richey Property in the approximate amount of $950,000. SBA was named in the BofA foreclosure action. SBA filed a secured proof of claim in the amount of $87,271.07.

Class 3: The Allowed Claims of Columbus and Superior for any rent owed (the "Landlord Claims"). Columbus was scheduled with an unsecured claim in the amount of $282,710. Superior was scheduled with an unsecured claim in the amount of $159,438. Neither Columbus nor Superior has been paid any post-petition rent during this case. The pre-petition rent to Superior was $8,278 per month. The pre-petition rent to Columbus was $14,678 per month.

Class 4: All Allowed Unsecured Claims, except as otherwise separately classified. Claims in this class, excluding any deficiency claims, are estimated at $1.5 million.

Class 5: All Allowed Unsecured Claims in an amount less than $5,000 ("Convenience Claims"). Claims in this class are estimated at $30,000.

Class 6: All Equity Interest Holders of the Debtor. Azaria Management Group, LLC f/k/a Optima Technologies, LLC ("Azaria"), is the sole member of the Debtor. Steven R. Jensen is the sole member of Azaria.

## ARTICLE IV
### Treatment under the Plan

Section 1124 of the Bankruptcy Code provides that unless a Plan leaves a creditor's rights unaltered or fully pays the entire value of the amount of the claim, such claim is impaired. Creditors whose claims are impaired under the Plan vote by class on the Plan. All classes are impaired. Creditors should consult the Plan for their specific treatment.

## ARTICLE V
### Means for Effecting the Plan

The Debtor and/or Reorganized Debtor will fund payments under this Plan with revenue from future operations and, if necessary, from new capital. While the plan does not require a capital infusion from existing equity holders or new investors, the Debtor reserves the right to obtain new capital infusions post-confirmation. The current officers will remain in place. The confirmation order will contain an injunction in favor of third party guarantors of the secured bank debt so long as the Debtor remains current post-confirmation on such debt. The Debtor believes that such an injunction is necessary to the continued operation of the Debtor's business.

The Debtor's premises leases will be assumed or renegotiated unless a motion to reject is made before or at the Confirmation Hearing. The Debtor has filed a motion for extension to assume and reject and is currently evaluating its leases.

Post-confirmation the Debtor intends to pay salaries to officers consistent with the amounts set forth in its application filed in this case. There is no proposed increase in payroll.

**ARTICLE VI**
**Financial Information**

The Debtor's most recent internal financial statements are attached as **Exhibit A**. Information on the Debtor's actual revenue and expenses during Chapter 11 is attached as **Exhibit B**. A liquidation analysis is attached hereto as **Exhibit C**. The liquidation analysis reflects that unsecured creditors would receive no distribution in liquidation. A projected pro forma of revenue and expenses is attached as **Exhibit D**.

The Debtor believes that it is in the best interests of all Creditors and the estate to confirm the Debtor's Plan. Accordingly, the Debtor urges all Creditors to vote to accept its Plan.

**THE DEBTOR RECOMMENDS ACCEPTANCE OF ITS PLAN.**

Dated: April 20, 2010　　　　　　　s/ Michael C. Markham
　　　　　　　　　　　　　　　　　Michael C. Markham
　　　　　　　　　　　　　　　　　JOHNSON, POPE,
　　　　　　　　　　　　　　　　　BOKOR, RUPPEL & BURNS, LLP
　　　　　　　　　　　　　　　　　P.O. Box 1368
　　　　　　　　　　　　　　　　　Clearwater FL 33757-1368
　　　　　　　　　　　　　　　　　(727) 461-1818
　　　　　　　　　　　　　　　　　(727) 443-6548
　　　　　　　　　　　　　　　　　Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on all registered CM/ECF users on this 20th day of April, 2010.

                                         /s/ Michael C. Markham
                                         Michael C. Markham

523988

OPTIMA HVAC, LLC
BALANCE SHEET
AS OF DECEMBER 21, 2009

**ASSETS**
  **CURRENT ASSETS**
    Cash - Regions Bank      49,574.51
    Petty Cash      600.00
    Accounts Receivable      51,423.98
    Allowance/Doubtful Accounts      (39,973.72)
    Inventory      789,557.00
    Inventory Reserve      (20,000.00)
    **TOTAL CURRENT ASSETS**      831,181.77

  **PROPERTY PLANT & EQUIPMENT**
    Furniture & Fixtures      8,720.84
    Machinery & Equipment      29,351.31
    Leasehold Improvements      4,680.72
    Computer Equipment & Software      5,658.81
    Vehicles      55,485.20
    Accumulated Depreciation      (60,695.60)
    **TOTAL PROPERTY PLANT & EQUIPMENT**      43,201.28

  **OTHER ASSETS**
    Deposits-Rent      3,000.00
    Deposits-Inventory      11,481.40
    **TOTAL OTHER ASSETS**      14,481.40
    **TOTAL ASSETS**      888,864.45

**LIABILITIES**
  **CURRENT LIABILITIES**
    Accounts Payable      1,563,247.17
    Rent Pyble to Columbus LLC      282,710.16
    Rent Pyble to Superior      53,342.26
    Purchases Clearing      (25,141.91)
    FIRST EQUITY VISA- Payable      11,000.00
    Wells Fargo Payable 9919      122,000.00
    BOA VISA 0005 PAYABLE      25,000.00
    CHASE VISA P;AYABLE 5395      26,942.47
    Due to Azaria      1,593,130.81
    Due to Axon      78,594.59
    Sales Tax Payable      62,611.17
    Unearned Training Funds      47,175.00
    **TOTAL CURRENT LIABILITIES**      3,840,611.72

  **LONG TERM DEBT**
    REGIONS LINE OF CREDIT-3381      35,000.00
    Loan from S Jensen      150,000.00
    SBA Note      85,035.94
    **TOTAL LONG TERM DEBT**      270,035.94
    **TOTAL LIABILITIES**      4,110,647.66

**EQUITY**
  Beginning Equity      (1,417,463.35)
  Retained Earnings-Current Year      (1,804,319.86)
    **TOTAL EQUITY**      (3,221,783.21)
    **TOTAL LIABILITIES & EQUITY**      888,864.45


A

OPTIMA HVAC, LLC
INCOME STATEMENT
JANUARY 1, 2009 THROUGH DECEMBER 21, 2009

| | | |
|---|---:|---:|
| **INCOME** | | |
| Sales Revenue | 3,374,765.85 | |
| Sales Tax Commission Allowance | 570.00 | |
| TOTAL INCOME | | 3,375,335.85 |
| | | |
| **COST OF SALES** | 3,357,647.46 | |
| TOTAL COST OF SALES | | 3,357,647.46 |
| GROSS PROFIT | | 17,688.39 |
| | | |
| **PAYROLL EXPENSE** | | |
| Salaries/Wages/Commissions/Ins/Taxes | 991,668.52 | |
| TOTAL PAYROLL EXPENSE | | 991,668.52 |
| | | |
| **OPERATING EXPENSE** | | |
| Advertising/Marketing | 7,012.53 | |
| Bad Debts | 163,663.87 | |
| Bank & Credit Card Fees | 31,768.54 | |
| Check Guarantee Fee | 3,757.58 | |
| Cash (Over)/Short | 3,663.24 | |
| Casualty/Theft Losses:MD | 22,880.59 | |
| Contributions | 300.00 | |
| Dues & Subscriptions | 1,100.00 | |
| General Office - G & A | 6,120.05 | |
| Insurance- General & Liability | 7,019.23 | |
| Interest | 6,098.69 | |
| Legal & Professional | 161,881.95 | |
| Misc | 2,266.35 | |
| Misc Tax & Licensing | 360.41 | |
| Postage | 1,047.20 | |
| Rent - ORL | 39,495.05 | |
| Rent - PR | 102,814.86 | |
| Rent - TPA | 182,308.44 | |
| Repairs & Maintenance | 6,174.13 | |
| Telephone & Paging | 25,344.34 | |
| Tools and Supplies | 1,232.64 | |
| Travel | 2,109.52 | |
| Utilities | 29,563.90 | |
| Vehicle- Operations& Maint | 39,164.53 | |
| Prompt Pay Discounts | (16,807.91) | |
| TOTAL OPERATING EXPENSES | | 830,339.73 |
| TOTAL EXPENSES | | 1,822,008.25 |
| NET INCOME FROM OPERATIONS | | (1,804,319.86) |
| NET INCOME (LOSS) | | (1,804,319.86) |

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 12/22/2009 AND ENDING 12/31/2009

Name of Debtor: Optima HVAC, LLC  
Case Number: 8:09-BK-28980-CED  
Date of Petition: 12-22-2009

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 51,426.43 a) | (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 3,347.24 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 1,231.87 | |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 4,579.11 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 56,005.54 | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 153.67 | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 153.67 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 55,851.87 (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___

_____  
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.  
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.  
(c) These two amounts will always be the same if form is completed correctly.

B

# SCHEDULE OF RECEIPTS AND DISBURSEMENTS
## FOR THE PERIOD BEGINNING 1-1-2010 AND ENDING 1-31-2010

Name of Debtor: Optima HVAC, LLC  
Date of Petition: 12-22-09  

Case Number: 8-09-BK-28980-CED

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 55,851.87 | (a) | 107,278.30 | (b) |
| 2. RECEIPTS: | | | | |
|    A. Cash Sales | 33,548.23 | | 36,895.47 | |
|       Minus: Cash Refunds | (-) | | | |
|       Net Cash Sales | | | | |
|    B. Accounts Receivable | 13,937.03 | | 15,168.90 | |
|    C. Other Receipts (See MOR-3) | 6,314.01 | | 6,314.01 | |
|       (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 53,799.27 | | 58,378.38 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 109,651.14 | | 165,656.68 | |
| 5. DISBURSEMENTS | | | | |
|    A. Advertising | | | | |
|    B. Bank Charges | 514.95 | | 668.62 | |
|    C. Contract Labor | | | | |
|    D. Fixed Asset Payments (not incl. in "N") | | | | |
|    E. Insurance | 11,009.03 | | 11,009.03 | |
|    F. Inventory Payments (See Attach. 2) COGS | 114.13 | | 114.13 | |
|    G. Leases | | | | |
|    H. Manufacturing Supplies | | | | |
|    I. Office Supplies | 1,151.17 | | 1,151.17 | |
|    J. Payroll - Net (See Attachment 4B) | 28,807.97 | | 28,807.97 | |
|    K. Professional Fees (Accounting & Legal) | | | | |
|    L. Rent | 3,086.56 | | 3,086.56 | |
|    M. Repairs & Maintenance | | | | |
|    N. Secured Creditor Payments (See Attach. 2) | | | | |
|    O. Taxes Paid - Payroll (See Attachment 4C) | 4,847.44 | | 4,847.44 | |
|    P. Taxes Paid - Sales & Use (See Attachment 4C) | | | | |
|    Q. Taxes Paid - Other (See Attachment 4C) | | | | |
|    R. Telephone | 993.45 | | 993.45 | |
|    S. Travel & Entertainment | 166.40 | | 166.40 | |
|    T. U.S. Trustee Quarterly Fees | 325.00 | | 325.00 | |
|    U. Utilities | 2,578.22 | | 2,578.22 | |
|    V. Vehicle Expenses | 1,397.90 | | 1,397.90 | |
|    W. Other Operating Expenses (See MOR-3) | 4,239.13 | | 4,239.13 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 59,231.35 | | 59,385.02 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 50,419.79 | (c) | 106,271.66 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20_____

_____  
(Signature)

MOR-2

# SCHEDULE OF RECEIPTS AND DISBURSEMENTS
## FOR THE PERIOD BEGINNING 2-1-2010 AND ENDING 2-28-2010

Name of Debtor: Optima HVAC, LLC  
Case Number: 8-09-BK-28980-CED  
Date of Petition: 12-22-09

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 50,419.79 | (a) | 157,698.09 | (b) |
| 2. RECEIPTS: | | | | |
|   A. Cash Sales | 25,705.75 | | 62,601.22 | |
|     Minus: Cash Refunds | (-) | | | |
|     Net Cash Sales | | | | |
|   B. Accounts Receivable | 29,250.31 | | 44,419.21 | |
|   C. Other Receipts (See MOR-3) | | | 6,314.01 | |
|     (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 54,956.06 | | 59,535.17 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 105,375.85 | | 161,381.39 | |
| 5. DISBURSEMENTS | | | | |
|   A. Advertising | 121.98 | | 121.98 | |
|   B. Bank Charges | 557.53 | | 1,226.15 | |
|   C. Contract Labor | | | 0.00 | |
|   D. Fixed Asset Payments (not incl. in "N") | | | 0.00 | |
|   E. Insurance | 13,987.86 | | 24,996.89 | |
|   F. Inventory Payments (See Attach. 2) COGS | | | 114.13 | |
|   G. Leases | | | 0.00 | |
|   H. Manufacturing Supplies | | | 0.00 | |
|   I. Office Supplies | 1,197.39 | | 2,348.56 | |
|   J. Payroll - Net (See Attachment 4B) | 41,413.54 | | 70,221.51 | |
|   K. Professional Fees (Accounting & Legal) | 1,880.11 | | 1,880.11 | |
|   L. Rent | 2,469.24 | | 5,555.80 | |
|   M. Repairs & Maintenance | 125.00 | | 125.00 | |
|   N. Secured Creditor Payments (See Attach. 2) | | | 0.00 | |
|   O. Taxes Paid - Payroll (See Attachment 4C) | 11,177.51 | | 16,024.95 | |
|   P. Taxes Paid - Sales & Use (See Attachment 4C) | 2,055.31 | | 2,055.31 | |
|   Q. Taxes Paid - Other (See Attachment 4C) | | | 0.00 | |
|   R. Telephone | 1,492.95 | | 2,486.40 | |
|   S. Travel & Entertainment | | | 166.40 | |
|   T. U.S. Trustee Quarterly Fees | | | 325.00 | |
|   U. Utilities | 755.65 | | 3,333.87 | |
|   V. Vehicle Expenses | 2,140.44 | | 3,538.34 | |
|   W. Other Operating Expenses (See MOR-3) | 4,215.85 | | 8,454.98 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 83,590.36 | | 142,975.38 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 21,785.49 | (c) | 77,637.36 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____,20____

_____  
(Signature)

MOR-2

# OPTIMA LIQUIDATION ANALYSIS*

| Asset | FMV | Liquidation Value | Liens | Available |
|---|---|---|---|---|
| Cash | $31,000 | $31,000 | none | $31,000 |
| Land | --- | --- | -- | -0- |
| A/R | $51,000 | $29,000 | none | $29,000 |
| FF&E | $1,715 | $1,234 | none | $1,234 |
| Inventory | $143,793 | $107,844 | none | $107,844 |
| Trucks | $28,050 | $25,245 | none | $25,245 |
| Equipment | $12,145 | $10,323 | none | $10,323 |

                            Total Available:   $204,646

Less:
Chapter 7 Admin.   $ 8,000
Chapter 11 Admin.  $ 25,000
Priority               $ 67,000

Available for Unsecureds:   $104,646

4.5% Available to Unsecureds (assuming $2.3 million in total unsecured claims and no administrative rent for affiliated landlords)

*FMV is based on recent appraisal. Liquidation Values are Debtor's estimates. No amount is shown for administrative rent to affiliated landlords. Priority is face amount of sales tax claim filed Florida Department of Revenue.

**EXHIBIT C**

524139

Optima HVAC
July 1, 2010 to June 30, 2011
Pro-Forma

| | Jul-10 Total | Aug-10 Total | Sep-10 Total | Oct-10 Total | Nov-10 Total | Dec-10 Total | Jan-11 Total | Feb-11 Total | Mar-11 Total | Apr-11 Total | May-11 Total | Jun-11 Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Optima Revenue** | | | | | | | | | | | | | |
| Equipment Sales | 203,966 | 231,176 | 179,542 | 191,754 | 147,190 | 78,416 | 172,043 | 133,264 | 137,977 | 210,822 | 213,179 | 243,174 | 2,142,500 |
| SuppliesSales | 86,394 | 97,919 | 76,049 | 81,221 | 62,345 | 33,215 | 72,872 | 56,447 | 58,443 | 89,298 | 90,296 | 103,001 | 907,500 |
| Total Revenue | 290,360 | 329,095 | 255,590 | 272,975 | 209,535 | 111,630 | 244,915 | 189,710 | 196,420 | 300,120 | 303,475 | 346,175 | 3,050,000 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Equipment Costs | 151,955 | 172,226 | 133,758 | 142,857 | 109,656 | 58,420 | 128,172 | 99,281 | 102,793 | 157,062 | 158,818 | 181,164 | 1,596,163 |
| Supplies Costs | 60,476 | 68,543 | 53,234 | 56,855 | 43,642 | 23,250 | 51,011 | 39,513 | 40,910 | 62,509 | 63,207 | 72,101 | 635,250 |
| GP Adjustment | (14,280) | (16,185) | (12,570) | (13,425) | (10,305) | (5,490) | (12,045) | (9,330) | (9,660) | (14,760) | (14,925) | (17,025) | (150,000) |
| Total Cost of Sales | 198,150 | 224,584 | 174,422 | 186,286 | 142,993 | 76,180 | 167,137 | 129,464 | 134,043 | 204,811 | 207,101 | 236,240 | 2,081,413 |
| Gross Profit | 92,210 | 104,511 | 81,168 | 86,689 | 66,542 | 35,450 | 77,778 | 60,246 | 62,377 | 95,309 | 96,374 | 109,935 | 968,588 |
| **Employee Expenses** | | | | | | | | | | | | | |
| Employee Base Wages | 33,579 | 33,579 | 33,579 | 33,579 | 33,579 | 33,579 | 33,579 | 33,579 | 33,579 | 33,579 | 33,579 | 33,579 | 402,947 |
| Commissions | 11,689 | 13,249 | 10,290 | 10,990 | 8,436 | 4,494 | 9,860 | 7,637 | 7,908 | 12,082 | 12,217 | 13,936 | 122,788 |
| Sales Expenses | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| Employer Paid Taxes & Benefits | 7,243 | 7,492 | 7,019 | 7,131 | 6,722 | 6,092 | 6,950 | 6,595 | 6,638 | 7,306 | 7,327 | 7,602 | 84,118 |
| Total Employee Expenses | 53,261 | 55,070 | 51,637 | 52,449 | 49,487 | 44,915 | 51,139 | 48,561 | 48,874 | 53,717 | 53,874 | 55,868 | 618,852 |
| **Operational Costs** | | | | | | | | | | | | | |
| Facility Expenses | 8,420 | 8,420 | 8,420 | 8,420 | 8,420 | 8,420 | 8,420 | 8,420 | 8,420 | 8,420 | 8,420 | 8,420 | 101,038 |
| Truck Expenses | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | 2,776 | 33,307 |
| Postage | 145 | 165 | 128 | 136 | 105 | 56 | 122 | 95 | 98 | 150 | 152 | 173 | 1,525 |
| Adv/Mktg/Dlr Promotions | 581 | 658 | 511 | 546 | 419 | 223 | 490 | 379 | 393 | 600 | 607 | 692 | 6,100 |
| Co-Op Reimbursements | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal & Professional | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 7,320 |
| Travel Costs | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 5,490 |
| Cell Phone Cost | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 4,320 |
| Bank & Credit Card Fees | 1,510 | 1,711 | 1,329 | 1,419 | 1,090 | 580 | 1,274 | 986 | 1,021 | 1,561 | 1,578 | 1,800 | 15,860 |
| PromptPay Discounts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bad Debts | 1,016 | 1,152 | 895 | 955 | 733 | 391 | 857 | 664 | 687 | 1,050 | 1,062 | 1,212 | 10,675 |
| Shrinkage | 726 | 823 | 639 | 682 | 524 | 279 | 612 | 474 | 491 | 750 | 759 | 865 | 7,625 |
| G & L Insurance | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 21,600 |
| General Office | 100 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,750 |
| Misc. Expenses | 250 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4,375 |
| Total Additional Operational Expenses | 18,751 | 19,457 | 18,450 | 18,688 | 17,819 | 16,477 | 18,303 | 17,547 | 17,639 | 19,060 | 19,106 | 19,691 | 220,985 |
| Total Additional Recurring Corporate Overhead | 72,012 | 74,527 | 70,087 | 71,137 | 67,305 | 61,392 | 69,442 | 66,108 | 66,513 | 72,777 | 72,979 | 75,558 | 839,838 |
| Net Profit from Operations | 20,197 | 29,984 | 11,081 | 15,552 | (763) | (25,942) | 8,335 | (5,862) | (4,136) | 22,532 | 23,395 | 34,376 | 128,750 |
| **Creditor Classes / Repayments** | | | | | | | | | | | | | |
| Priority - Sales Tax Payment | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 1,117 | 13,400 |
| 1A | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1B | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1C | 4,030 | 4,030 | 4,030 | 4,030 | 4,030 | 4,030 | 4,030 | 4,030 | 4,030 | 4,030 | 4,030 | 4,030 | 48,358 |
| 2A | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 | 51,045 |
| 2B | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 3 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 4 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5 | - | 3,000 | - | - | - | - | - | - | - | - | - | - | 3,000 |
| Total | 10,797 | 17,584 | 1,680 | 6,151 | (10,164) | (35,342) | (1,065) | (15,262) | (13,536) | 13,132 | 13,995 | 24,976 | 12,946 |



# Optima HVAC
# Pro-Forma

| | July 1, 2011 to June 30, 2012 | July 1, 2012 to June 30, 2013 | July 1, 2013 to June 30, 2014 | July 1, 2014 to June 30, 2015 |
|---|---|---|---|---|
| | Total | Total | Total | Total |
| **Optima Revenue** | | | | |
| Equipment Sales | 2,795,250 | 3,108,713 | 3,294,000 | 3,568,500 |
| SuppliesSales | 1,179,750 | 1,308,038 | 1,386,000 | 1,501,500 |
| **Total Reveune** | 3,975,000 | 4,416,750 | 4,680,000 | 5,070,000 |
| **Cost of Sales** | | | | |
| Equipment Costs | 2,082,461 | 2,315,991 | 2,454,030 | 2,658,533 |
| Supplies Costs | 825,825 | 915,626 | 970,200 | 1,051,050 |
| GP Adjustment | - | - | - | - |
| **Total Cost of Sales** | 2,908,286 | 3,231,617 | 3,424,230 | 3,709,583 |
| **Gross Profit** | 1,066,714 | 1,185,133 | 1,255,770 | 1,360,418 |
| **Employee Expenses** | | | | |
| Employee Base Wages | 415,034 | 474,830 | 514,428 | 570,465 |
| Commissions | 160,007 | 177,770 | 188,366 | 204,063 |
| Sales Expenses | 9,270 | 9,540 | 9,810 | 10,080 |
| Employer Paid Taxes & Benefits | 92,007 | 104,416 | 112,447 | 123,924 |
| Total Employee Expenses | 676,318 | 766,556 | 825,051 | 908,532 |
| **Operational Costs** | | | | |
| Facility Expenses | 106,090 | 110,530 | 114,838 | 119,638 |
| Truck Expenses | 33,307 | 34,560 | 36,360 | 37,260 |
| Postage | 1,988 | 2,208 | 2,340 | 2,535 |
| Adv/Mktg/Dlr Promotions | 7,950 | 8,834 | 9,360 | 10,140 |
| Co-Op Reimbursements | - | - | - | - |
| Legal & Professional | 9,540 | 10,600 | 11,232 | 12,168 |
| Travel Costs | 7,155 | 7,950 | 8,424 | 9,126 |
| Cell Phone Cost | 4,320 | 4,320 | 4,320 | 4,320 |
| Bank & Credit Card Fees | 20,670 | 22,967 | 24,336 | 26,364 |
| PromptPay Discounts | (7,271) | (8,079) | (8,561) | (9,274) |
| Bad Debts | 13,913 | 15,459 | 16,380 | 17,745 |
| Shrinkage | 9,938 | 11,042 | 11,700 | 12,675 |
| G & L Insurance | 21,600 | 27,000 | 30,000 | 33,600 |
| General Office | 1,750 | 2,275 | 2,385 | 2,505 |
| Misc. Expenses | 4,375 | 5,250 | 5,525 | 5,825 |
| Total Additional Operational Expenses | 235,324 | 254,916 | 268,640 | 284,627 |
| **Total Additional Recurring Corporate Overhead** | 911,642 | 1,021,472 | 1,093,690 | 1,193,159 |
| **Net Profit from Operations** | 155,072 | 163,661 | 162,080 | 167,258 |
| **Creditor Classes / Repayments** | | | | |
| Priority - Sales Tax Payment | 13,400 | 13,400 | 13,400 | 13,400 |
| 1A | - | - | - | - |
| 1B | - | - | - | - |
| 1C | 48,358 | 48,358 | 48,358 | 48,358 |
| 2A | 51,045 | 51,045 | 51,045 | 51,045 |
| 2B | - | - | - | - |
| 3 | - | - | - | - |
| 4 | 30,000 | 30,000 | 30,000 | 30,000 |
| 5 | 3,000 | 3,000 | 3,000 | 3,000 |
| | - | - | - | - |
| Total | 9,268 | 17,857 | 16,276 | 21,454 |