**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    Chapter 11

Optima HVAC, LLC,                                  Case No 8:09-BK-28980-CED

                        Debtors,

_____/

**ORDER ON EMERGENCY MOTION TO**
**CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7**

THIS CAUSE came before the Court on May 17, 2010, upon Creditor, International Comfort Products, LLC's Emergency Motion to Convert this Chapter 11 case to a Chapter 7 case ("Motion") [Docket No. 75]. For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, it is:

**ORDERED** that:

1.      This Court's ruling upon the Motion is deferred until further consideration on June 7, 2010 at 2:30pm in Tampa, Florida, Courtroom 10B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, in conjunction with the Confirmation Hearing on Debtor's Plan of Reorganization.

2.      The Debtor's principal, Mr. Steven Jenson, shall not receive a salary or other compensation from the Debtor from May 18, 2010, until further order of this Court.

This ruling is without prejudice to reconsideration on June 7, 2010.

**DONE and ORDERED** at Tampa, Florida on May 25, 2010
_____.

_____
Caryl E. Delano
United States Bankruptcy Judge

Copies furnished to:

All Registered ECF Users

U.S. Trustee
Office of the U.S. Trustee
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL  33602