RECEIVED BY MAIL
MAY -4 2010

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING**
**DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: Florida Cooling Supply, Inc.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __5__ in the Plan referred to in this ballot, holds a claim in the amount of $ 4254.39 . (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: 5-3-10            [X]  **Accepts Plan**
                         [ ]  **Rejects Plan**

Print or Type Name:
Signed:
By:                                    JAMES N. CASESA
Address:                               Attorney at Law
Telephone:  727-323-4119
                                       3845 FIFTH AVENUE NORTH
                                       ST. PETERSBURG, FLORIDA 33713-7537

Return this ballot on or before May 28, 2010, to:

**Clerk of the Bankruptcy Court**
**Sam M. Gibbons U.S. Courthouse**
**801 N. Florida Avenue, Suite 727**
**Tampa, Florida 33602**

118009{525827\1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING**
**DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: MASTERCOOL INC.

    The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

    The undersigned, a Creditor in Class __5__ in the Plan referred to in this ballot, holds a claim in the amount of $3239.06. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: 5/2/10

[ ✓ ] Accepts Plan
[ ] Rejects Plan

Print or Type Name: VALERIE MC CALM

Signed: Valerie McS[...]
By: MASTERCOOL INC
Address: 1 ASPEN DR RANDOLPH NJ 07869
Telephone: 973 252 9119

Return this ballot on or before May 28, 2010, to:

**Clerk of the Bankruptcy Court**
**Sam M. Gibbons U.S. Courthouse**
**801 N. Florida Avenue, Suite 727**
**Tampa, Florida 33602**

118009{525827\1}

REC'D
T:
MAY -7 2010
...UPTCY
...DLE
FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: Mainstream Engineering Corp.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __5__ in the Plan referred to in this ballot, holds a claim in the amount of $ __1,494.16__. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: May 4, 2010        [ ]   Accepts Plan
                          [X]   Rejects Plan

Print or Type Name: Michael Rizzo

Signed:
By:         _____
            Mainstream Engineering Corp.
Address:    200 Yellow Place, Rockledge, FL. 32955
Telephone:  321-631-3550

Return this ballot on or before May 28, 2010, to:

Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602

118009(525827\1)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: _Weitron, Inc_

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __4__ in the Plan referred to in this ballot, holds a claim in the amount of $ _10,960.00_ . (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: _5/5/10_  [ ] Accepts Plan
               [X] Rejects Plan

Print or Type Name: _Deborah Dayton_

Signed:
By: _Deborah Dayton_
Address: _579 Blue Ball Road_
         _Elkton, MD 21921_
Telephone:

Return this ballot on or before **May 28, 2010**, to:

**Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602**

118009(525827\1)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING**
**DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: _Air Filters, Inc._

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __5__ in the Plan referred to in this ballot, holds a claim in the amount of $ _3442.98_ . (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: _5/5/10_         [X] Accepts Plan
                        [ ] Rejects Plan

Print or Type Name: _Anthony DiMicelli_

Signed:
By:
Address: _8292 Warren Rd. Houston, TX 77040_
Telephone: _713-896-8901_

Return this ballot on or before May 28, 2010, to:

**Clerk of the Bankruptcy Court**
**Sam M. Gibbons U.S. Courthouse**
**801 N. Florida Avenue, Suite 727**
**Tampa, Florida 33602**

118009(525827\1)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING**
**DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: Packard, Inc.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __4__ in the Plan referred to in this ballot, holds a claim in the amount of $12,839.86. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: 5/5/2010

[X] Accepts Plan
[ ] Rejects Plan

Print or Type Name: Susan L Kirkland

Signed:
By: Susan L. Kirkland
    President
Address: 980 Cobb Place Blvd, Suite 200 Kennesaw GA 30144
Telephone: 770-427-5165

**Return this ballot on or before May 28, 2010, to:**

**Clerk of the Bankruptcy Court**
**Sam M. Gibbons U.S. Courthouse**
**801 N. Florida Avenue, Suite 727**
**Tampa, Florida 33602**

118009{525827\1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING**
**DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: Ultavation, Inc.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __4__ in the Plan referred to in this ballot, holds a claim in the amount of $ 12,012.02 . (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: 5/6/10        [X]  Accepts Plan
                     [ ]  Rejects Plan

Print or Type Name: Ultavation, Inc.
Signed:
By: Al Jackson
Address: Al Jackson
         PO Box 165
Telephone: Poultney, VT 05764

Return this ballot on or before May 28, 2010, to:

**Clerk of the Bankruptcy Court**
**Sam M. Gibbons U.S. Courthouse**
**801 N. Florida Avenue, Suite 727**
**Tampa, Florida 33602**

118009{525827\1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: Unitwell Products, Inc.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __4__ in the Plan referred to in this ballot, holds a claim in the amount of $ _526.60_ . (Please refer to Article IV of the Plan of Reorganization to determine the appropriate Class.)

Dated: _5/6/10_

[ ✓ ]  Accepts Plan
[   ]  Rejects Plan

Print or Type Name: _J. R. Trider, CFO_

Signed:
By: _____
Address: _Unitwell Products_
_285C Ravenswood_
_FLL, FL 33312_
Telephone: _954.584.2000_

Return this ballot on or before May 28, 2010, to:

Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602

118009{525827\1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING**
**DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: Atco Rubber Products Inc

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class 4 in the Plan referred to in this ballot, holds a claim in the amount of $ 8131.25 . (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: 5-5-10

[ ✓ ] Accepts Plan
[ ] Rejects Plan

Print or Type Name: Randel Calaway

Signed:
By: RC Calaway
Address: 7101 Atco Dr Fort Worth TX 76118
Telephone: 817-595-2894 x122

Return this ballot on or before May 28, 2010, to:

Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602

118009(525827\1)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010

Creditor Name: __**INTERNATIONAL COMFORT PRODUCTS, LLC**__

    The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

    The undersigned, a Creditor in Class __4__ in the Plan referred to in this ballot, holds a claim in the amount of $ __1,362,295.96__ . (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: __5/5/10__

[ ]     Accepts Plan
[X]     Rejects Plan

Print or Type Name: _International Comfort Products, LLC_

Signed:
By: _Jonathan D. Shell, assistant secretary_
     _Jonathan D. Shell_
Address: _7310 W. Morris Street, Indianapolis, IN 46231_
Telephone: _317.270.7183_

    Return this ballot on or before May 28, 2010, to:

        Clerk of the Bankruptcy Court
        Sam M. Gibbons U.S. Courthouse
        801 N. Florida Avenue, Suite 727
        Tampa, Florida 33602

RECEIVED BY MAIL
TAMPA
MAY 12 2010
BANKRUPTCY

118009(525827\1)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: __NCL INDUSTRIES INC.__

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __5__ in the Plan referred to in this ballot, holds a claim in the amount of $__1776.36__. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: __5 May 2010__  [✓] Accepts Plan
                       [ ] Rejects Plan

Print or Type Name: __Douglas R. Naylor__

Signed:
By: __D. Naylor__
Address: __266 SW Marine Dr.__
Telephone: __Vanc. BC V5X 2R5__
         __Canada__

Return this ballot on or before **May 28, 2010**, to:

**Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602**

118009{525827\1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING**
**DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: __SNAP-RITE MANUFACTURING, INC.__

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __4__ in the Plan referred to in this ballot, holds a claim in the amount of $ __5,879.30__ . (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: __5-11-10__

[✓] Accepts Plan
[ ] Rejects Plan

Print or Type Name: __CARRIE GRAY - SNAP RITE MFG__

Signed:
By:
Address:
Telephone:

__Snap-Rite Manufacturing, Inc__
__Carrie Gray__
__P.O. Box 577__
__Coats, NC 27521__

Return this ballot on or before May 28, 2010, to:

Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602

118009{525827\1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

**BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010**

Creditor Name: __BRAEBURN SYSTEMS, LLC__

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class __4__ in the Plan referred to in this ballot, holds a claim in the amount of $__868.82__. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: __5/13/2010__      [X] Accepts Plan
                          [ ] Rejects Plan

Print or Type Name: __GEORGE SCHLEDER__

Signed:
By: __George Schleder__
Address: __2215 Cornell Ave, Montgomery, IL 60538__
Telephone: __630-701-3609__

Return this ballot on or before May 28, 2010, to:

Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602

118009{525827\1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RECEIVED
MAY 2 7 2010
CLERK U.S. BANKRUPTCY COURT
TAMPA FL

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010

Creditor Name: Merrill Lynch Commercial Finance Corp.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class 1A in the Plan referred to in this ballot, holds a claim in the amount of $809,961.24, plus such additional amounts as set forth in Creditor's proof of claim. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: May 26, 2010

[ ] Accepts Plan
[X] Rejects Plan

Print or Type Name:   Merrill Lynch Commercial Finance Corp.

Signed:
By:                   _____

                      Shutts & Bowen LLP, as Attorneys
Address:              1500 Miami Center, 201 S. Biscayne Blvd.
                      Miami, FL 33129
Telephone:            (305) 379-9102

**Return this ballot on or before May 28, 2010, to:
Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602**



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010

Creditor* Name: Bank of America, N.A. ("BANA")

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, named as a Creditor* in Class 1B in the Plan referred to in this ballot, holds a claim in the amount of $*BANA is not a creditor of the Debtor with respect to the claim the Plan purports to treat, but its claim against a non-debtor has been improperly classified under the Plan. BANA objects to the Debtor's attempt to affect, treat and/or impair such claim under the Plan and reserves all its rights notwithstanding the filing of this ballot. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: May 26, 2010

[ ] Accepts Plan
[X] Rejects Plan

Print or Type Name: Bank of America, N.A.

Signed:
By:

Address:
Telephone:

Shutts & Bowen LLP, as Attorneys
1500 Miami Center, 201 S. Biscayne Blvd.
Miami, FL 33129
(305) 379-9102

**Return this ballot on or before May 28, 2010, to:**
**Clerk of the Bankruptcy Court**
**Sam M. Gibbons U.S. Courthouse**
**801 N. Florida Avenue, Suite 727**
**Tampa, Florida 33602**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



IN RE:

OPTIMA HVAC, LLC

    Debtor.

Chapter 11
Case No. 8:09-bk-28980-CED

_____/

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010

Creditor* Name: Bank of America, N.A. ("BANA")

    The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

    The undersigned, named as a Creditor* in Class 1C in the Plan referred to in this ballot, holds a claim in the amount of $*BANA is not a creditor of the Debtor with respect to the claim the Plan purports to treat, but its claim against a non-debtor has been improperly classified under the Plan. BANA objects to the Debtor's attempt to affect, treat and/or impair such claim under the Plan and reserves all its rights notwithstanding the filing of this ballot. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: May 26, 2010

[ ]   **Accepts Plan**
[X]   **Rejects Plan**

Print or Type Name:   Bank of America, N.A.

Signed:
By:

Address:  Shutts & Bowen LLP, as Attorneys
          1500 Miami Center, 201 S. Biscayne Blvd.
Telephone: Miami, FL 33129
            (305) 379-9102

**Return this ballot on or before May 28, 2010, to:**
**Clerk of the Bankruptcy Court**
**Sam M. Gibbons U.S. Courthouse**
**801 N. Florida Avenue, Suite 727**
**Tampa, Florida 33602**



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OPTIMA HVAC, LLC

Chapter 11
Case No. 8:09-bk-28980-CED

Debtor.
_____/

### BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 20, 2010

Creditor Name: Merrill Lynch Commercial Finance Corp.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holder of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each Class and the holders of two-thirds (2/3) in amount of equity security interests in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count you must complete and return this ballot.

The undersigned, a Creditor in Class 4 (solely to the extent its secured claim is not allowed) in the Plan referred to in this ballot, holds a claim in the amount of $809,961.24, plus such additional amounts as set forth in Creditor's proof of claim. (Please refer to Article III of the Plan of Reorganization to determine the appropriate Class.)

Dated: May 26, 2010

[ ] Accepts Plan
[X] Rejects Plan

Print or Type Name: Merrill Lynch Commercial Finance Corp.

Signed:
By: _____

Address: Shutts & Bowen LLP, as Attorneys
1500 Miami Center, 201 S. Biscayne Blvd.
Miami, FL 33129

Telephone: (305) 379-9102

Return this ballot on or before May 28, 2010, to:
Clerk of the Bankruptcy Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Avenue, Suite 727
Tampa, Florida 33602